# Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KEVIN BARNES,                                       :
                                                    :  SUMMONS WITH NOTICE
                               Plaintiff,           :
                                                    :  Index No. _____
            - against -                             :  Plaintiff designates New York County as
                                                    :  place of trial; Venue is proper pursuant to
CARSON BLOCK and MUDDY WATERS, LLC.                 :  CPLR § 503(a)
                                                    :
                               Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEARBY SUMMONED to appear in this action by serving a notice of appearance upon the undersigned counsel at the address set forth below within twenty (20) days after the service of this summons, exclusive of the day of service, or within thirty (30) days after service is complete, if the summons is not personally delivered to you within the State of New York; and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

YOU ARE HEREBY NOTICED that the nature of this action is breach of partnership, unjust enrichment, and constructive trust, arising out of plaintiff Kevin Barnes' and defendants Carson Block, Esquire, ("Block")'s and Muddy Waters, LLC's ("MW")'s collaboration to conduct research of publicly available information regarding certain NYSE/NASDAQ traded companies, and to publicly publish information concerning mutually-selected companies, for the purpose of exposing corporate misconduct. After months of full-time collaboration across multiple time zones, the parties successfully published an online report exposing ongoing fraud at a company publicly traded on the NASDAQ stock exchange in New York County (the "Report"). As a result of the parties' publication of the Report, the United States Securities and Exchange Commission (SEC) granted Block an approximately $14 million whistleblower award

on March 11, 2022 (the "Award"). Defendants have refused to compensate Barnes from the Award or provide a reconciliation of such funds. Moreover, defendants have wrongfully asserted exclusive control over the Report and excluded Barnes from transparency into the SEC determination process, resulting in defendants' negligently prosecuting the matter.

YOU ARE FURTHER HEREBY NOTICED THAT venue is proper because (i) plaintiff and defendants formed their partnership and met repeatedly in New York County; (ii) Block regularly conducts business in New York County, including as recently as July 11th and March 29th 2022, promoting in New York County his reputation as an activist short-seller of NYSE/NASDAQ listed companies, (iii) Block prosecuted the SEC whistleblower proceeding through counsel domiciled in New York County, and (iv) Block's new wholly-owned entity, "Muddy Waters Capital, LLC," was a petitioner against Google, Inc. in a previous New York Supreme Court matter and defendant Block executed pleadings for the proceeding (Index Number 159730/2017). Thus, venue is proper pursuant to CPLR § 503(a).

YOU ARE FURTHER NOTICED THAT the relief sought is damages in the amount exceeding $7,000,000 and injunctive relief.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgement will be entered against you by default for $7,000,000 with interest from the date of the filing and the costs of this action.

Dated: July 25, 2022
New York, NY

SLARSKEY, LLC
By: _____
David Slarskey
Evan Fried
420 Lexington Ave., Suite 2525
New York, NY 10170
(646) 893-6082
*Counsel for Plaintiff*