IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARSON BLOCK,**<br><br>                              Plaintiff,<br><br>v.<br><br>**KEVIN R. BARNES,**<br><br>                              Defendant. | **CIVIL ACTION**<br><br>**NO. 23-2483** |

## ORDER RE: STAY

**AND NOW**, this 12th day of April 2024, it is hereby **ORDERED**: Because several of Defendant Barnes's arguments in his pending Motion to Dismiss (ECF 8)—including those regarding choice of law, compulsory counterclaims, and transfer—may turn on the outcome of Plaintiff Block's pending motion to dismiss Defendant Barnes's related action in the Southern District of New York, see Barnes v. Block, S.D.N.Y. 1:22-cv-07236-LTS, ECF 14, and because the Southern District of New York is better suited than this Court to determine whether it has personal jurisdiction over Block in that action, this action is **STAYED** until the pending motion in the New York action has been resolved.  See, e.g., HPF, LLC v. Nu Skin Enterprises, Inc., 1999 WL 782573, at *3 (E.D. Pa. Sept. 28, 1999) ("[f]ederal district courts have the inherent power to administer their dockets so as to conserve scarce judicial resources," and therefore have "an ample degree of discretion in deferring to another federal proceeding involving the same parties and issues to avoid duplicative litigation.") (internal citations and quotations omitted); see also E.E.O.C. v. Univ. of Pennsylvania, 850 F.2d 969, 974 (3d Cir. 1988), aff'd, 493 U.S. 182 (1990) (noting, in the first-to-file context, that "[c]omity must serve as a guide to courts of equal

jurisdiction to exercise forbearance to avert conflicts and to avoid interference with the process of each other.") (internal citations and quotations omitted).

Counsel shall advise this Court promptly when the Southern District of New York files an order in that case.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 23\23-2483 Block v. Barnes\23cv2483 - Order re Stay.docx