# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLOCK,<br>        *Plaintiff,*<br><br>v.<br><br>BARNES,<br>        *Defendant.* | CIVIL ACTION<br><br>NO. 23-2483 |

## ORDER REQUIRING STATUS UPDATE

AND NOW on this **24** day of July 2025, upon review of the ruling of Chief Judge Swain of the Southern District of New York in <u>Barnes v. Block et al.</u>, No. 22-CV-7236 (S.D.N.Y. June 23, 2025), the Court HEREBY **ORDERS** that each party shall file a Status Report within fourteen (14) days identifying: (1) any changes to their positions in light of the Southern District of New York's ruling, and (2) supplemental briefing necessitated by such changes. If the parties' positions remain unchanged, the Court will lift the **STAY** and consider the pending Motion to Dismiss, ECF 8, **RIPE**.

BY THE COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON, U.S.D.J.

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-2483 Block v. Barnes\23-2483 status report order.docx