UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARSON BLOCK,<br><br>    *Plaintiff*,<br><br>v.<br><br>KEVIN R. BARNES,<br><br>    *Defendant*. | Civil Action No. 2:23-cv-02483-MMB |

## STATUS REPORT

By Order dated July 24, 2025, this Court ordered the parties to identify (1) any changes to their positions in light of the recent ruling of the Southern District of New York (the "SDNY Ruling") in *Barnes v. Block et al.*, No. 22-cv-07236 (S.D.N.Y.) (the "New York Action"); and (2) supplemental briefing necessitated by such changes.

With respect to (1), Plaintiff Carson Block does not identify any changes in the positions he stated in (i) his Brief in Opposition to the Motion of Defendant Kevin R. Barnes to Dismiss or, in the Alternative, to Transfer (ECF No. 12), and (ii) his Surreply Brief (ECF No. 16). Specifically, the SDNY Ruling does not change Mr. Block's position that this case should proceed in this Court (i.e., that the case should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12, and that it should not be dismissed without prejudice or transferred to the Southern District of New York pursuant to Federal Rule of Civil Procedure 13 or 28 U.S.C. § 1404(a)). However, the SDNY Ruling affects the considerations raised in the parties' briefs regarding Mr. Barnes's contention that Mr. Block's defamation claim should be litigated in the New York Action, including the various factors the Court is to weigh in considering transfer.

With respect to (2), supplemental briefing is unnecessary because Mr. Block's positions remain unchanged. However, the Court may benefit from supplemental briefing regarding any changes in the considerations related to Mr. Barnes's contention that the defamation claim should be litigated in the New York Action. Additionally, if Mr. Barnes submits a supplemental brief, Mr. Block respectfully requests the opportunity to respond.

                                                                Respectfully submitted,

                                                                HANGLEY ARONCHICK SEGAL
                                                                PUDLIN & SCHILLER

Dated: August 7, 2025                By:  */s/ John S. Summers*
                                                                Mark A. Aronchick (Atty. I.D. No. 20261)
                                                                maronchick@hangley.com
                                                                John S. Summers (Atty. I.D. No. 41854)
                                                               jsummers@hangley.com
                                                               Michael J. Masciandaro (Atty. I.D. No. 329321)
                                                               mmasciandaro@hangley.com
                                                One Logan Square, 27th Floor
                                                Philadelphia, PA  19103
                                                (215) 568-6200

                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, John S. Summers, certify that on August 7, 2025, I caused the foregoing Status Report to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                               */s/ John S. Summers*
                                               John S. Summers