IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARSON BLOCK,**<br><br>*Plaintiff*,<br><br>v.<br><br>**KEVIN R. BARNES,**<br><br>*Defendant*. | **CIVIL ACTION**<br><br>NO. 23-2483 |

### ORDER LIFTING STAY

AND NOW on this 13th day of August 2025, upon consideration of Plaintiff's August 7, 2025, Status Report ("Plaintiff's Report), ECF 20, and Defendant's Status Report filed on the same day ("Defendant's Report"), ECF 21, the Court HEREBY **ORDERS** as follows:

1. The STAY is **LIFTED**;

2. In light of Defendant's Report, the Motion to Dismiss, ECF 8, is **DENIED** as moot;

3. Upon review of both Plaintiff's and Defendant's Reports, the Court finds that no further briefing is necessary. Accordingly, the Court will rule on Defendant's Motion to Transfer, ECF 8, based on the following filings:

    a. Defendant's Motion, ECF;

    b. Plaintiff's Opposition, ECF 12;

    c. Defendant's Reply, ECF 13; and

    d. Plaintiff's Surreply, ECF 16.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-2483 Block v. Barnes\23-2483 order lifting stay.docx