IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARSON BLOCK, <br><br> v. <br><br> KEVIN R. BARNES | CIVIL NO. 23-2483 <br><br> DATE OF NOTICE: August 28, 2025 |

## NOTICE

Please be advised that a **HEARING** on Morion to Dismiss or, in the alternative, to Transfer (ECF 8) is set to be held on **Monday, September 29, 2025 at 2:00 p.m.**, before the Honorable Michael M. Baylson in Courtroom 3A (3rd Floor) at the U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

/s/ Lori K. DiSanti
_____
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-2483 Block v. Barnes\23cv2483 hearing on motion to transfer.doc