IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARSON BLOCK,** *Plaintiff*, <br><br> v. <br><br> **KEVIN R. BARNES,** *Defendant*. | **CIVIL ACTION** <br><br> **NO. 23-2483** |

**ORDER**

**AND NOW** on this 30th day of September 2025, following the hearing on Defendant's Motion to Dismiss or, in the alternative, to Transfer (ECF 8), it is **HEREBY ORDERED** that the parties may submit any additional written arguments on Defendant's Motion, limited to 10 pages, double-spaced, no later than October 6, 2025. If either party wishes to present testimony or exhibits regarding Defendant's Motion, the parties may set forth such a request with specificity. Defendant's Motion to Quash Plaintiff's Subpoena has been withdrawn and is therefore **DENIED** as **MOOT**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 23\23-2483 block v. barnes\23-2483 order following hearing on def.'s motion to dismiss, or in the alternative, to transfer.docx