UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Carson Block,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 2:23-CV-02483-MMB |
| | § | |
| **Kevin R. Barnes,** | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF WITHDRAWAL OF MOTION TO QUASH PLAINTIFF'S SUBPOENA**

Defendant, Kevin R. Barnes, filed a Motion to Quash Plaintiff's Subpoena on September 29, 2025. [ECF 24].

Pursuant to the Court's request at the September 29, 2025, Hearing on Defendant's Motion to Transfer, Mr. Barnes withdraws his Motion to Quash. [ECF 24].

Dated: September 30, 2025

Respectfully submitted,

*/s/ Arlene Fickler*
Arlene Fickler (Attorney I.D. No. 20327)
Dilworth Paxson LLP
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 575-7108
Fax: (215) 754-4603
*Attorney for Defendant Kevin R. Barnes*

#125246843v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 30th day of September, 2025, a true and correct copy of the above document was served via the Court's e-filing system to:

John Summers, Esq.
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square
27th Floor
Philadelphia, PA 19103

*/s/ Arlene Fickler*
Arlene Fickler

#125246843v1