IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARSON BLOCK,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**KEVIN R. BARNES,**<br><br>                                    Defendant. | **CIVIL ACTION**<br><br>**NO. 23-2483** |

### ORDER RE: DEFENDANT'S MOTION TO TRANSFER

**AND NOW** on this 6th day of November 2025, it is hereby **ORDERED** that Defendant's Motion to Transfer (ECF 8) is **DENIED**. A Memorandum will follow. The Court hereby **ORDERS** that the parties shall file a joint status report or separate status reports within fourteen (14) days advising the Court as to how the parties would like to proceed with this case.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-2483 Block v. Barnes\23-2483 transfer order.docx