**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BLOCK,**<br>*Plaintiff,*<br><br>**v.**<br><br>**BARNES,**<br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 23-2483** |

**ORDER RE: DEFENDANT'S MOTION TO DISMISS**

**AND NOW** on this 25th day of November 2025, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 8) is **DENIED**.[1]

BY THE COURT:

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 23\23-2483 block v. barnes\23-2483 order re def.'s motion to dismiss.docx

[1] The Court only concludes at this time that the Complaint, ECF 1, adequately pleads the common law tort of defamation, and that the case must go forward with a Rule 16 case management conference now scheduled for December 4, 2025. The Court notes in passing that the parties have extensively argued and briefed the applicability of the anti-SLAPP statute existing under New York law, N.Y. Civ. Rights Law § 76-a, and other similar provisions, which Defendant has argued warrants dismissal. The Court is not ruling on the applicability of anti-SLAPP statutes at this time, sees no need to rule, and further prefers not to rule because there is no applicable Third Circuit precedential opinion on this issue. Similarly, the Court declines to make any ruling on choice of law, or any other issue raised in the briefing on the Motion to Dismiss at this time, and reserves further discussion and possible rulings if and when summary judgment motions are filed, or at trial.