**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARSON BLOCK,<br><br>    *Plaintiff,*<br><br>v.<br><br>KEVIN R. BARNES,<br><br>    *Defendant.* | Civil Action No. 2:23-cv-02483-MMB |

**CORRECTED AMENDED SCHEDULING ORDER**

  **AND NOW**, this __20th__ day of February 2026, upon consideration of the parties' Stipulation for a Correction Of The Amended Scheduling Order, it is hereby **ORDERED** that paragraph 8 of the Court's Scheduling Order is corrected as follows.

1. The Court advises counsel that discovery will proceed without repetition or interference with the proceedings in a related case pending in the Southern District of New York, Barnes v. Block et al., 22-cv-07236.

2. The parties shall serve non-repetitive discovery requests[1] pursuant to Rules 33 and 34 by January 10, 2026. Objections to any Rule 33 and Rule 34 discovery requests shall be served by January 30, 2026.

3. Motions to compel Rule 33 and Rule 34 discovery after the required meet and confer shall be filed by February 27, 2026. Responses to any motions to compel shall be filed by March 13, 2026. Reply briefs shall be filed by March 18, 2026. All briefs shall be limited to ten (10) pages.

---

[1] Non-repetitive discovery requests are defined as any discovery requests in addition to those already being requested in the Southern District of New York action, Barnes v. Block et al., 22-cv-07236.

4. The parties shall promptly discuss proposed depositions and file joint or separate status reports detailing the identities of intended deponents and dates for their depositions by February 27, 2026.

5. If necessary, the Court will schedule a conference to set a deposition schedule.

6. The parties shall exchange expert reports pursuant to Rule 26(a)(2) as to the issue of liability by the following dates:

   Plaintiff: June 1, 2026

   Defendant June 30, 2026

7. The deadline for the close of fact discovery is September 30, 2026.

8. The parties shall exchange supplemental expert reports pursuant to Rule 26(a)(2) as to the issues of liability and damages by the following dates:

   Plaintiff: October 10, 2026

   Defendant: October 20, 2026

9. This case is REFERRED to U.S. Magistrate Judge Caroline A. Cinquanto for settlement purposes. Judge Cinquanto's Chambers will contact counsel as to whether settlement discussions have taken place and to schedule a settlement conference. If you do not hear from her Chambers, please reach out to them within two weeks at 267-299-7750.

10. The deadline for dispositive motions is October 31, 2026.

11. The trial pool date is December 1, 2026.

    The parties shall follow Judge Baylson's pretrial and trial procedures.

                                          **BY THE COURT:**

                                          /s/ Michael M. Baylson
                                          _____
                                          **MICHAEL M. BAYLSON, U.S.D.J.**