IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Carson Block,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>Kevin Barnes,<br><br>　　　　　　　Defendant. | :<br>:<br>:<br>:　Civil Action No. 2:23-cv-02483-MMB<br>:<br>:<br>:<br>:<br>: |

**WITHDRAWAL OF APPEARANCE**

  Kindly withdraw my appearance as counsel for Defendant Kevin Barnes in the above-captioned matter.

Dated: February 26, 2026　　　　　　　　　　**DILWORTH PAXSON LLP**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Arlene Fickler*
　　　　　　　　　　　　　　　　　　　　　　Arlene Fickler
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 20327
　　　　　　　　　　　　　　　　　　　　　　1650 Market Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 575-7108
　　　　　　　　　　　　　　　　　　　　　　Fax: (215) 754-4603
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Kevin R. Barnes*

#125476198v1

## **CERTIFICATE OF SERVICE**

I, Arlene Fickler, hereby certify that on the 26th day of February, 2026, a true and correct copy of the foregoing Withdrawal of Appearance was served via the Court's Electronic Filing System upon the following counsel of record:

John S. Summers, Esq.
Michael J. Masciandro, Esq.
HANGLEY ARONCHICK SEGAL
PULDIN & SCHILLER
One Logan Square
27th Floor
Philadelphia, PA 19103

Brian Dean Boreman, Esq.
Jeremy Edward Grivensky, Esq.
UNRUH, TURNER, BURKE & FREES, P.C.
17 West Gay Street
P.O. Box 515
West Chester, PA 19382

                                              */s/ Arlene Fickler*
                                              Arlene Fickler