

Evan Fried
(646) 893-6083
767 Third Ave, 14th Fl
New York, NY 10017

March 2, 2026

BY ECF
Hon. Michael M. Baylson
3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Block v. Barnes*, No. 2:23-cv-02483

Dear Judge Baylson:

We write on behalf of Defendant Kevin Barnes ("Barnes") to provide a status update regarding depositions in the above-referenced matter, pursuant to the Corrected Amended Scheduling Order (ECF No. 47).

There was recently a change of counsel in this action. Last week, Barnes' new counsel, Unruh, Turner, Burke & Frees, P.C. appeared for Barnes (ECF Nos. 49-50), and previous counsel, Dilworth Paxson LLP, withdrew (ECF No. 57). Our firm, Slarskey LLC, is counsel to Barnes in the parallel S.D.N.Y. action. We were brought into this action to assist with discovery insofar as the Court in this action has required that discovery here be non-duplicative of the S.D.N.Y. action. We submitted our *pro hac vice* applications last week.

On February 12, 2026, counsel in actions met and conferred concerning, among other things, ways to streamline discovery between the two actions. The parties discussed the plan for depositions on that call as well. The parties have not yet finalized those plans for depositions. From Barnes' perspective, depositions could only proceed a reasonable time after receipt of Plaintiff Carson Block ("Block") and S.D.N.Y. Defendant Muddy Waters Capital, LLC's document production, which was not sent to Barnes until last Friday, February 27. The parties have not finalized dates or agreements on how to minimize redundancy between the two actions.

Presently, and subject to Barnes' evaluation of the recent document production, Barnes may depose Block, Freddy Brick (Partner at Muddy Waters Capital, LLC), Zach Kouwe (Dukas Linden Public Relations), Charlotte Balbirnie (Kepler Communications), and any persons that Block intends to depose. We thank the Court for its attention to this matter.

Respectfully,

*/s/ Evan Fried*
Evan Fried