**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| CARSON BLOCK | CIVIL ACTION |
|---|---|
| v. | NO. 23-2483 |
| KEVIN R. BARNES | |

**ORDER RE: PLAINTIFF'S MOTION TO COMPEL**

**AND NOW**, this 18th day of March, 2026, it is hereby **ORDERED**:

Upon review of Plaintiff's Motion to Compel (ECF 58), and Defendant's Response (ECF 61), the Court notes that there are many disputes that can and should be resolved by a substantive meet and confer as to what documents have already been produced by the Defendant, what documents have been produced in the New York litigation, with details that are necessary to rule on the Plaintiff's Motion and to rule on the substantive disputes presented.

The Court encourages the parties to attempt to resolve this dispute, but if not possible, then further details should be provided as to the following:

1.      Specific issues on the statute of limitations, any impact of the New York law referenced by Defendant, and production of specific documents in the New York litigation.

2.      Any attempts to narrow the 15-year time period as to specific categories of documents, etc.

The Court notes that if the parties and their counsel are unable to make a meaningful attempt at resolution, the Court may conclude that an appointment of a Master under Rule 53 to meet with counsel, and perhaps the parties themselves, to resolve discovery disputes in this case through a Report and Recommendation may be necessary, at significant cost to both parties pending resolution of the case.

The parties shall file joint or separate status reports on this dispute within fourteen (14) days.

**BY THE COURT:**


**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, U.S.D.J.**


\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-2483 Block v. Barnes\23cv2483 order 03182026.doc