## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARSON BLOCK,**<br>*Plaintiff,*<br><br>v.<br><br>**KEVIN R. BARNES,**<br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 23-2483** |

## ORDER

**AND NOW** on this 30th day of April 2026, upon consideration of Plaintiff's April 1, 2026, Status Report ("Plaintiff's Report), ECF 64, and Defendant's Status Report filed on the same day ("Defendant's Report"), ECF 63, the Court hereby **ORDERS** that Plaintiff's Motion to Compel (ECF 58) is denied as moot without prejudice.

BY THE COURT:

MICHAEL M. BAYLSON
United States District Court Judge

\\adu.dcn\paed\phl-data\judge_baylson\civil 23\23-2483 block v. barnes\23-2483 order re pl. mot. to compel.docx