HANGLEY
ARONCHICK
SEGAL
PUDLIN
& SCHILLER
ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

1735 Market Street
26th Floor
Philadelphia, PA 19103-7501
215.568.0300/facsimile
www.hangley.com

PHILADELPHIA, PA
CHERRY HILL, NJ
PLYMOUTH MEETING, PA

John S. Summers
Direct Dial: 215.496.7007
E-mail: jsummers@hangley.com

September 28, 2026

**VIA HAND DELIVERY and ECF**

Hon. Michael M. Baylson
3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re**: ***Carson Block v. Kevin R. Barnes*,**
**No. 2:23-cv-02483-MMB (E.D. Pa.)**

Dear Judge Baylson:

I write concerning a scheduling matter, to request permission to have the depositions of Plaintiff Carson Block and Defendant Kevin Barnes held Monday and Tuesday, October 5 and 6, respectively. Mr. Barnes' counsel had noticed a video deposition of Mr. Block for Tuesday, September 29, and we previously noticed an in-person deposition of Mr. Barnes on Wednesday, September 30. The fact discovery deadline is September 30.

The reason for the request is that Mr. Block, who is based in Austin, Texas, very recently contracted an upper respiratory infection which is symptomatic for him and potentially contagious for others, according to his physician. This limits Mr. Block's ability this week to travel and to participate personally in the depositions. Absent his illness, Mr. Block was to have traveled to Philadelphia today to proceed in the usual way, i.e., I would defend Mr. Block's deposition tomorrow in the same room with him and Mr. Block would be with me on Wednesday as I took Mr. Barnes' deposition. Moving the depositions only six days until the following week – as we propose – would allow that to occur and would not prejudice Mr. Barnes.

We have asked Evan Fried, Mr. Barnes' counsel, for consent; while Mr. Fried agrees to deferring Mr. Block's deposition until the 5th (provided Mr. Block furnishes a note from his doctor), he does not consent to move Mr. Barnes' deposition to the 6th. As requested, I have provided Mr. Fried with a doctor's note. Mr. Fried has not advised that Mr. Barnes is unavailable on the 6th. Moreover, to ensure that Mr. Fried and Mr. Barnes are not prejudiced, I volunteered that either or both depositions could occur in New York City, where Mr. Fried is based, or in Philadelphia, where Mr. Barnes is based.

I apologize for having to write Your Honor with this request, the full consent to which I would have thought would have been forthcoming.

Respectfully,

John S. Summers

JSS/cas
Cc: All Counsel of Record ***(via ECF)***

Everguide Health
3507 N Lamar Blvd 300909, Austin, TX 78705
Office: 512-298-4045; Fax: 512-980-6721

September 28, 2026

Carson Block
REDACTED
[redacted]

**Subject: Note**

To whom it may concern,

I am the primary care doctor of Carson Block.

Please excuse him from planned commitments due to an illness which is symptomatic for him and also potentially contagious for others whom he would be around this week.

If you have any questions, please do not hesitate to contact us.

Sincerely,

Cara Goodell, MD



Signed electronically by Cara Goodell, M.D. on 09/28/2026 8:46 am in ElationHealth

**Replies not included**