SLARSKEY LLC

Evan Fried
(646) 893-6083
825 Third Ave, 32nd Fl
New York, NY 10022

September 28, 2026

BY ECF
Hon. Michael M. Baylson
U.S. District Court, Eastern District of Pennsylvania
3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Block v. Barnes*, 2:23-cv-02483 (MMB)

Dear Judge Baylson:

We write on behalf of Defendant Kevin Barnes ("Barnes") in response to Carson Block's ("Block") letter dated September 28, 2026. (ECF Doc. No. 66.) Yesterday, at 3:19pm, counsel for Block advised that Block is ill and cannot attend his deposition this upcoming week. We consented to his request for an adjournment, subject to Court approval and a doctor's note. We also noted we are prepared to move forward with the deposition scheduled for tomorrow, September 29, were the Court to deny Block's request.

Counsel also requested an adjournment of Barnes' deposition, currently scheduled for Wednesday, September 30. We declined to adjourn this scheduled deposition of Barnes for numerous reasons. Barnes has already rearranged his schedule multiple times to accommodate depositions in this action and the action in the Southern District of New York. Barnes has scheduling conflicts beginning next week, but the already-scheduled deposition date is workable without rearranging the parties' calendars. Additionally, there is no reason to adjourn that deposition: *Block* will not be asking the questions in that deposition, and we reminded counsel for Block that he can attend remotely through Zoom. The deadline for discovery in this action is September 30, 2026 and Block has not articulated any good faith reason to adjourn the deposition of Barnes. We simply wish to stick to the schedule, which complies with the Court's deadlines.

Respectfully submitted,
*//s// Evan Fried*
Evan Fried