**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CARSON BLOCK** | **CIVIL ACTION** |
| **v.** | **NO. 23-2483** |
| **KEVIN R. BARNES** | **DATE OF NOTICE: September 28, 2026** |

**NOTICE**

Please be advised that a **TELEPHONE CONFERENCE** re: letters at ECF 66 and 67 regarding Plaintiffs' depositions will be held by telephone on **September 28, 2026 at 3:00 p.m.** with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, join Chambers on the call (ph: 267-299-7520).

s/ Lori K. DiSanti
___________________________
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-2483 Block v. Barnes\23cv2483 tc notice.doc