**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CARSON BLOCK,**<br>*Plaintiff,*<br><br>**v.**<br><br>**KEVIN R. BARNES,**<br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 23-2483** |

**ORDER RE: DEPOSITION DATE DISPUTE**

AND NOW on this 28th day of September 2026, upon consideration of the parties' deposition scheduling dispute (ECF 66, 67) and after a brief off-the-record telephone conference with the parties, the Court hereby **ORDERS** as follows:

1. The deposition of Mr. Barnes shall proceed as scheduled on Wednesday, September 30, 2026. Mr. Block may attend the deposition remotely.
2. During Mr. Barnes' deposition, Mr. Block's counsel may request reasonable recesses as needed to confer with Mr. Block. No individual recess shall exceed one hour.
3. Mr. Barnes' deposition shall be limited to a total of seven hours of on-the-record testimony. Mr. Barnes' counsel is advised that—in light of the circumstances addressed in the telephone counsel—should Mr. Barnes' counsel elect to examine Mr. Barnes, completion of the deposition within the seven-hour aggregate limit may require continuation of the deposition to another date.

BY THE COURT:

/s/ Michael M. Baylson

_______________________________

MICHAEL M. BAYLSON
United States District Court Judge

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-2483 Block v. Barnes\23-2483 Order re Deposition Date Dispute.docx