**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CARSON BLOCK,**<br>*Plaintiff,*<br><br>**v.**<br><br>**KEVIN R. BARNES,**<br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 23-2483** |

**SUPPLEMENTAL ORDER RE: DISCOVERY**

AND NOW this 29th day of September, 2026, it is hereby ORDERED that any further disputes concerning discovery must be presented to the Court by motion filed of record with supporting memorandum, not in excess of five (5) pages, double-spaced, excluding any attached exhibits.

BY THE COURT:

/s/ Michael M. Baylson
_______________________________
MICHAEL M. BAYLSON
United States District Court Judge

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-2483 Block v. Barnes\23-2483 Supplemental Order re discovery .docx