**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARSON BLOCK, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:23-cv-02483-MMB |
| v. | : | |
| | : | |
| KEVIN R. BARNES, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO EXTEND RESPONSE DEADLINES FOR PLAINTIFF'S MOTION TO CONSOLIDATE AND TRANSFER (ECF NO. 72) AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 74)**

Upon consent of counsel, Plaintiff Carson Block and Defendant Kevin Barnes jointly request the following extensions:

1. The deadline to respond to Plaintiff's Motion to Consolidate and Transfer (ECF No. 72) is presently November 12, 2026. Defendant, with the consent of Plaintiff, requests that the deadline be extended seven (7) days, to **November 19, 2026**.

2. The deadline to respond to Defendant's Motion for Summary Judgment (ECF No. 74) is presently November 20, 2026. Plaintiff, with the consent of Defendant, requests that the deadline be extended five (5) days, to **November 25, 2026**.

3. Neither extension will prejudice any party or delay this matter.

WHEREFORE, Plaintiff Carson Block and Defendant Kevin Barnes jointly request that the Court enter an Order in the proposed form attached.

Respectfully submitted:

HANGLEY ARONCHICK
SEGAL PUDLIN & SCHILLER

By: *_/s/ John S. Summers*
Mark A. Aronchick (Atty. No. 20261)
John S. Summers (Atty. No. 41854)
Michael J. Masciandaro (Atty. No. 329321)
Sara E. Smith (Atty. No. 330261)
1735 Market Street, 26th Floor
Philadelphia, PA 19103
(215) 568-6200
maronchick@hangley.com
jsummers@hangley.com
mmasciandaro@hangley.com
ssmith@hangley.com

*Attorneys for Plaintiff Carson Block*

Respectfully submitted:

UNRUH, TURNER, BURKE & FREES

By: *_/s/ Brian D. Boreman*
Brian D. Boreman (Atty. No. 84074)
Jeremy E. Grivensky (Atty. No. 332211)
17 W. Gay Street, Suite 200
West Chester, PA 19380
(610) 692-1371
bboreman@utbf.com
jgrivensky@utbf.com

*Attorneys for Defendant Kevin R. Barnes*

SLARSKEY LLC

Evan Fried
Nicole Santoro
Elena Roberts
825 Third Avenue, 32nd Floor
New York, NY 10022
(646) 893-6083
efried@slarskey.com
nsantoro@slarskey.com
eroberts@slarskey.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant Kevin R. Barnes*

Dated: November 10, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARSON BLOCK, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:23-cv-02483-MMB |
| v. | : | |
| | : | |
| KEVIN R. BARNES, | : | |
| | : | |
| Defendant. | : | |

## [PROPOSED] ORDER

AND NOW, on this ___ day of _____________, 2026, upon consideration of the Joint Motion to Extend Response Deadlines, it is ORDERED that the Motion is GRANTED, as follows:

1. Defendant Kevin Barnes shall respond to Plaintiff Carson Block's Motion to Consolidate and Transfer (ECF No. 72) on or before **November 19, 2026**.

2. Plaintiff Carson Block shall respond to Defendant Kevin Barnes' Motion for Summary Judgment (ECF No. 74) on or before **November 25, 2026**.

BY THE COURT:

_______________________________
MICHAEL M. BAYLSON
United States District Court Judge