**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARSON BLOCK, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:23-cv-02483-MMB |
| v. | : | |
| | : | |
| KEVIN R. BARNES, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, on this 10th day of November, 2026, upon consideration of the Joint Motion to Extend Response Deadlines, it is ORDERED that the Motion is GRANTED, as follows:

1. Defendant Kevin Barnes shall respond to Plaintiff Carson Block's Motion to Consolidate and Transfer (ECF No. 72) on or before **November 19, 2026**.

2. Plaintiff Carson Block shall respond to Defendant Kevin Barnes' Motion for Summary Judgment (ECF No. 74) on or before **November 25, 2026**.

BY THE COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON
United States District Court Judge